UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STRIPE INC., et al.,<br><br>　　　　　　　Defendants. | CASE NO. C25-0864-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT AMERICAN EXPRESS COMPANY |

　　　This matter comes before the Court on Plaintiff Roland Ma and Defendant American Express Company's joint motion for an order of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Dkt. No. 27.  Though not all Defendants have signed the stipulation as required by Rule 41(a)(1)(A)(ii), because the stipulation was filed before Defendant American Express answered or filed a motion for summary judgment, the Court nonetheless GRANTS the motion as consistent with Rule 41(a)(1)(A)(i).

　　　All claims by Plaintiff Roland Ma against Defendant American Express Company in this matter are dismissed with prejudice.  Each party shall bear its own attorney's fees and costs.

　　　Dated this 6th day of June, 2025.

　　　　　　　　　　　　　　　　　　　　*Kymberly K. Evanson*
　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT AMERICAN EXPRESS COMPANY - 1