UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STRIPE INC., et al.,<br><br>　　　　　　Defendants. | CASE NO. C25-0864-KKE<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. Plaintiff Roland Ma is ORDERED to show cause on the two points below by June 13, 2025.

First, the Court orders Plaintiff to show cause why Douglas Chan Chak Man should not be dismissed from the case. Plaintiff improperly named Douglas Chan Chak Man as a third-party defendant, arguing that Defendant American Express Company would bring claims against Douglas Chan Chak Man. *See* Dkt. No. 6 at 1. A plaintiff cannot name a third-party defendant and Defendant American Express Company has now been dismissed from the case. Dkt. No. 29. It appearing no claim remains against Douglas Chan Chak Man, Plaintiff shall show cause why Douglas Chan Chak Man should not be dismissed from the case without prejudice.

Second, and most concerning, the Court has received various documents in the mail that suggest Plaintiff Roland Ma has issued subpoenas and other official documents with the Court seal and signatures of Court personnel without authorization. *See* Dkt. No. 17 at 2, Dkt. No. 26-1 at 6,

ORDER TO SHOW CAUSE - 1

Dkt. No. 30 at 3, Dkt. No. 30-1 at 1, Dkt. No. 30-2 at 1.  A plaintiff cannot sign documents on behalf of the Court, whether through copying, photoshopping, or otherwise.  By no later than June 13, 2025, Plaintiff shall explain the origin of the subpoenas at Dkt. No. 17 and Dkt. No. 26-1 at page 6, and the document at Dkt. No. 30 at page 3, and shall indicate whether he affixed the signature of Court staff and/or the Court seal to any document.  Plaintiff shall further show cause why he should not be sanctioned under applicable law, including but not limited to Rule 11 of the Federal Rules of Civil Procedure, Local Rule 11, and 28 U.S.C. § 1927.  Should Plaintiff fail to show cause or fail to timely respond, the Court may dismiss this case with prejudice.

Plaintiff is further warned that the courthouse should not be listed as his address for any notices or correspondence.

Dated this 6th day of June, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 2