UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA,<br><br>             Plaintiff,<br><br>   v.<br><br>STRIPE INC., et al.,<br><br>            Defendants. | CASE NO. C25-0864-KKE<br><br>ORDER DENYING MOTION TO STRIKE |

This matter comes before the Court on Plaintiff's motion to strike Defendant Stripe Inc.'s motion to dismiss (Dkt. No. 20) for improper noting. Dkt. No. 28. The motion to dismiss is properly noted. Local Rules W.D. Wash. LCR 7(d)(4) ("Motions to dismiss… shall be noted for consideration no earlier than 28 days after filing."). The motion to strike is DENIED. Dkt. No. 28.

Dated this 11th day of June, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION TO STRIKE - 1