UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROLAND MA, | CASE NO. C25-0864-KKE |
| Plaintiff(s), | ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT |
| v. | |
| STRIPE INC, | |
| Defendant(s). | |

Plaintiff has filed a second motion, which he styles as a motion for relief from judgment, requesting that the Court reconsider its order granting Defendant's motion to dismiss.[1] Dkt. No. 89. Plaintiff also asks the Court to reconsider its order denying his previous motion to reconsider. *See* Dkt. No. 88. As the Court explained in its last order denying reconsideration, "[m]otions for reconsideration are disfavored.  The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Local Rules W.D. Wash. LCR 7(h)(1). The Court has considered Plaintiff's second motion and concludes that he still fails to identify a manifest error or new facts or evidence that could not have been brought to

---

[1] Although Plaintiff filed a notice of appeal later the same day, the notice of appeal has not yet become effective and therefore does not strip the Court of jurisdiction to resolve the pending motion. *See* Fed. R. App. P. 4(a)(4)(B)(i) (providing that a notice of appeal does not become effective until the district court issues an order disposing of any motions for relief under Rules 59 and 60).

ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT - 1

the Court's attention earlier.  Nor has he persuasively identified any basis for relief under Federal Rule of Civil Procedure 60(b).  *See* Fed. R. Civ. P. 60(b) (listing possible grounds for relief).

Accordingly, the court DENIES Plaintiff's motion for relief from judgment.  Dkt. No. 89.

Dated this 12th day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT - 2